# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2063
_____

Anthony Lewis

*Plaintiff - Appellant*

v.

AMR Corporation

*Defendant*

American Airlines, Inc.

*Defendant - Appellee*

Jennifer Perricelli-Rice

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: January 29, 2015
Filed: February 4, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Anthony Lewis appeals the district court's[1] adverse grant of summary judgment in his Title VII action asserting race-based discrimination, among other claims. Upon careful de novo review, we conclude that the district court did not err in its decision. See Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review; summary judgment is proper if pleadings, discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that movant is entitled to judgment as matter of law); see also Moody v. Vozel, 771 F.3d 1093, 1097 (8th Cir. 2014) (in assessing whether reason employer gave for discharge is pretextual, critical inquiry is not whether plaintiff actually engaged in conduct for which he was discharged, but whether employer in good faith believed he was guilty of conduct justifying discharge).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.